UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VAUGHN S. WATROUS,
    Plaintiff

v.                                                           C.A. 09-599 S

WARDEN T. SALISBURY, JR.,
ET AL.,
    Defendants

## ORDER

The Report and Recommendations of United States Magistrate Judge Jacob Hagopian filed on March 23, 2010 (document #53) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (document #54) is rejected and Plaintiff's Motion for the Entry of Default Judgment against the defendants (Document #23) is hereby DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 4/15/10