UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VAUGHN S. WATROUS

v.  C.A. No. 09-599 S

WARDEN T. SALISBURY, JR. ET AL.

MEMORANDUM AND ORDER

Jacob Hagopian, Senior United States Magistrate Judge

Plaintiff, Vaughn S. Watrous, *pro se*, a former detainee at the Donald W. Wyatt Detention Facility and current inmate at the Adult Correctional Institutions in Cranston, Rhode Island, filed a complaint in this Court pursuant to 42 U.S.C. § 1983 ("§ 1983") on December 10, 2009 (the "Complaint") (Docket # 1). Presently before the Court is Plaintiff's motion for a court order appointing counsel (Docket # 26). As simultaneously herewith, I have issued a Report and Recommendation finding that the Complaint fails to state claims on which relief may be granted under § 1983, and recommending the dismissal of the action, Plaintiff's motion for a court order appointing counsel is DENIED.

IT IS SO ORDERED.

_____
Jacob Hagopian
Senior United States Magistrate Judge
April 27, 2010