## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

VAUGHN S. WATROUS

v.                                                                                                     C.A. No. 09-599 S

WARDEN T. SALISBURY, JR. ET AL.

### REPORT AND RECOMMENDATION

Jacob Hagopian, Senior United States Magistrate Judge

      Plaintiff, Vaughn S. Watrous, *pro se,* a former detainee at the Donald W. Wyatt Detention Facility and current inmate at the Adult Correctional Institutions in Cranston, Rhode Island, filed a complaint in this Court pursuant to 42 U.S.C. § 1983 ("§ 1983") on December 10, 2009 (the "Complaint") (Docket # 1). Presently before the Court are (i) Plaintiff's motion for Summary Judgment (Docket # 24) and (ii) two virtually identical motions filed by Plaintiff for "Return of Property" seeking an order requiring defendants to send him funds that he claims he is owed (Dockets ## 4 & 21). Defendants have objected to the Summary Judgment motion and the second "Return of Property" motion (the first having been filed prior to the Defendants being served in this action) (Dockets ## 38, 44, & 47). These matters have been referred to me for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

      As simultaneously herewith, I have issued a Report and Recommendation finding that the Complaint fails to state claims on which relief may be granted under § 1983, and recommending the dismissal of the action, I further recommend that Plaintiff's motion for Summary Judgment and two Return of Property motions be DENIED.

      Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within fourteen days of its receipt. Fed.R.Civ.P. 72(b). Failure to file timely, specific objections to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. *United States v. Valencia-Copete,* 792 F.2d 4, 6 (1st Cir. 1986) (per curiam); *Park Motor Mart, Inc. v. Ford Motor Co.,* 616 F.2d 603, 605 (1st Cir. 1980).

*/s/ Jacob Hagopian*
_____
Jacob Hagopian
Senior United States Magistrate Judge
April 27, 2010