**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

VAUGHN S. WATROUS,
    Plaintiff,

v.                                                    C.A. No. 09-599 S

WARDEN T. SALISBURY, JR.,
ET AL.,
    Defendants.

## ORDER

The Reports and Recommendations of United States Magistrate Judge Jacob Hagopian filed on April 27, 2010 (document #s 59 and 60), in the above-captioned matter are hereby accepted pursuant to Title 28 United States Code § 636(b)(1).  No objections having been filed, the Reports and Recommendations are accepted in full and Petitioner Watrous's Motion for Summary Judgment and Motions (2) for Return of Property are hereby DENIED.  Further, since the Complaint fails to state a claim on which relief may be granted, the Complaint is hereby DISMISSED pursuant to 28 U.S.C. §1915(e)(2).

By Order,

_____
Deputy Clerk

ENTER:


_____
William E. Smith
United States District Judge
Date: 5/18/10